636

393 A.2d 1297

Roman, Appellant, v. Roman et al.

Argued April 10, 1978.   Edward F. Peduzzi, with him Myers, Taylor & Peduzzi, for appellant;  Blair V. Pawlowski, for appellees.

Judgment affirmed.

393 A.2d 1297

Rosenberg, Appellant, v. Rosenberg.

Argued April 17, 1978. Allen N. Brunwasser, for appellant;  John A. Tumolo, for appellee.

Order affirmed.